JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VIVEK SHAH, | ) | Case No. CV 25-5902 FMO (ASx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| ROBINHOOD CREDIT INC., | ) | |
| Defendant. | ) | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 21st day of October, 2025.

/s/
Fernando M. Olguin
United States District Judge